**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THERESA MONTURANO, Derivatively on Behalf of Nominal Defendant GROUPON, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 12 CV 2507 |
| v. | ) ) | Judge Joan H. Lefkow |
| ERIC P. LEFKOFSKY, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, THEODORE J. LEONSIS, ANDREW D. MASON, and HOWARD SCHULTZ | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| GROUPON, INC., | ) ) | |
| Nominal Defendant. | | |

## NOTICE OF MOTION

To: Counsel on the Attached Certificate of Service

**PLEASE TAKE NOTICE** that on Thursday, April 26, 2012, at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Lefkow, in the courtroom usually occupied by her, or any judge sitting in her stead, and then and there present **Defendants' Motion for Reassignment Based on Relatedness**, a copy of which is hereby served upon you.

2

Dated: April 19, 2012

Respectfully submitted,

ERIC P. LEFKOFSKY, PETER J. BARRIS,
KEVIN J. EFRUSY, MELLODY HOBSON,
BRADLEY A. KEYWELL, THEODORE J.
LEONSIS, ANDREW D. MASON,
and HOWARD SCHULTZ

By:    /s/ *Howard S. Suskin*
       Anton R. Valukas (Illinois Bar #2883678)
       Elizabeth A. Coleman (Illinois Bar #6236597)
       Howard S. Suskin (Illinois Bar #6185999)
       Marc D. Sokol (Illinois Bar #6276263)
       JENNER & BLOCK LLP
       353 N. Clark Street
       Chicago, IL 60654-3456
       Tel: (312) 222-9350

## **CERTIFICATE OF SERVICE**

I, Marc D. Sokol, an attorney, hereby certify that on April 19, 2012, I caused copies of the foregoing **Defendants' Motion for Reassignment Based on Relatedness** to be served on:

**Via ECF:**

Marvin Alan Miller, at *MMiller@MillerLawLLC.com*
Lori Ann Fanning, at *LFanning@MillerLawLLC.com*
Miller Law LLC
115 South LaSalle Street
Suite 2910
Chicago, Illinois 60603

*Attorneys for Plaintiff Theresa Monturano*

**Via Messenger:**

Adam J. Levitt
John E. Tangren
Edmund S. Aronowitz
Wolf Haldenstein Adler Freeman & Herz LLC
55 West Monroe Street
Suite 1111
Chicago, Illinois 60603

*Attorneys for Plaintiff Kent Wong*

                                                *s/Marc D. Sokol*
                                                Marc D. Sokol