IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THERESA MONTURANO, Derivatively on Behalf of Nominal Defendant GROUPON, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERIC P. LEFKOFSKY, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, THEODORE J. LEONSIS, ANDREW D. MASON, and HOWARD SCHULTZ <br><br> Defendants, <br><br> and <br><br> GROUPON, INC., <br><br> Nominal Defendant. | No. 12 C 2507 <br><br> Judge Joan H. Lefkow |

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING**

The parties, subject to this Court's approval, stipulate that Defendants need not answer or file any motion directed to the pending complaint, and further agree that:

1) Plaintiff shall file a Consolidated Complaint that shall be the operative complaint 45 days after entry of the Court's order appointing lead plaintiff and lead counsel.

2) Defendants' Answer(s) or motion(s) to dismiss and accompanying memorandum of law shall be filed within 45 days of the filing of the Consolidated Complaint.

AGREED:

| Plaintiff | Individual Defendants |
|---|---|
| By: s/ Marvin A. Milller<br>Marvin A. Miller<br>MILLER LAW LLC<br>115 S. LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>(312) 332-3400 | By: s/ Howard S. Suskin<br>Howard S. Suskin<br>JENNER & BLOCK<br>353 N. Clark Street<br>Chicago, IL 60654<br>(312) 222-9350 |

Dated: April 27, 2012

IT IS SO ORDERED.

Joan H. Lefkow
United States District Judge
APR 3 0 2012