**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division**

Theresa Monturano
       Plaintiff,

v.              Case No.: 1:12–cv–02507
             Honorable Joan H. Lefkow

Eric P. Lefkofsky, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 6, 2012:

  MINUTE entry before Honorable Joan H. Lefkow:Rule 16 conference held. Defendants to file motion to stay by 6/20/2012. Response by 7/11/2012. Reply by 7/18/2012. Ruling to issue by mail. Status hearing on the possibility of settlement set for 8/2/2012 at 8:30.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.