**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THERESA MONTURANO, Derivatively on Behalf of Nominal Defendant GROUPON, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Master File No. 12 CV 2507 |
| v. | ) ) | Judge Joan H. Lefkow |
| ERIC P. LEFKOFSKY, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, THEODORE J. LEONSIS, ANDREW D. MASON, and HOWARD SCHULTZ | ) ) ) ) ) ) ) | This Document Relates to: ALL CASES |
| Defendants, | ) ) | |
| and | ) ) | |
| GROUPON, INC., | ) ) | |
| Nominal Defendant. | ) | |

## **DEFENDANTS' MOTION TO STAY**

Defendants Eric P. Lefkofsky, Peter J. Barris, Kevin J. Efrusy, Mellody Hobson, Bradley A. Keywell, Theodore J. Leonsis, Andrew D. Mason, and Howard Schultz, and nominal defendant Groupon, Inc. (collectively, "Defendants"), respectfully move this Court to stay the above-captioned consolidated shareholder derivative action pending the resolution of related putative shareholder securities class action litigation. In support thereof, Defendants submit the accompanying Memorandum In Support Of Defendants' Motion To Stay and supporting exhibits attached thereto.

WHEREFORE, Defendants respectfully request that this Court stay the consolidated shareholder derivative action brought by plaintiffs in the above-captioned consolidated case.

| | |
|---|---|
| Dated: June 20, 2012 | Respectfully submitted, |

ERIC P. LEFKOFSKY, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, THEODORE J. LEONSIS, ANDREW D. MASON, and HOWARD SCHULTZ

By:    /s/ *Howard S. Suskin*
     Anton R. Valukas (Illinois Bar #2883678)
     Elizabeth A. Coleman (Illinois Bar #6236597)
     Howard S. Suskin (Illinois Bar #6185999)
     Marc D. Sokol (Illinois Bar #6276263)
     JENNER & BLOCK LLP
     353 N. Clark Street
     Chicago, IL 60654-3456
     Tel: (312) 222-9350

GROUPON, INC.

By:    /s/ *Gary M. Miller* (with consent)
     Todd C. Jacobs (Illinois Bar #6201358)
     Gary M. Miller (Illinois Bar #6229867)
     Anna L. Smith (Illinois Bar #6298702)
     GRIPPO & ELDEN LLC
     111 S. Wacker Drive
     Chicago, IL 60606
     Telephone: (312) 704-7700
     Facsimile: (312) 558-1195