**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THERESA MONTURANO, Derivatively on Behalf of Nominal Defendant GROUPON, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Master File No. 12 CV 2507 |
| v. | ) ) | Judge Joan H. Lefkow |
| ERIC P. LEFKOFSKY, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, THEODORE J. LEONSIS, ANDREW D. MASON, and HOWARD SCHULTZ | ) ) ) ) ) ) ) | This Document Relates to: ALL CASES |
| Defendants, | ) ) | |
| and | ) ) | |
| GROUPON, INC., | ) ) | |
| Nominal Defendant. | ) | |

**NOTICE OF FILING**

TO:   All Counsel of Record

     PLEASE TAKE NOTICE that on Wednesday, June 20, 2012, we caused to be filed with the Clerk of Court for the United States District Court for the Northern District of Illinois **Defendants' Motion to Stay** and **Memorandum in Support of Defendants' Motion to Stay**, copies of which are hereby served upon you.

Dated: June 20, 2012

Respectfully submitted,

ERIC P. LEFKOFSKY, PETER J. BARRIS, KEVIN J. EFRUSY, MELLODY HOBSON, BRADLEY A. KEYWELL, THEODORE J. LEONSIS, ANDREW D. MASON, and HOWARD SCHULTZ

By:    /s/ *Howard S. Suskin*
      Anton R. Valukas (Illinois Bar #2883678)
      Elizabeth A. Coleman (Illinois Bar #6236597)
      Howard S. Suskin (Illinois Bar #6185999)
      Marc D. Sokol (Illinois Bar #6276263)
      JENNER & BLOCK LLP
      353 N. Clark Street
      Chicago, IL 60654-3456
      Tel: (312) 222-9350

GROUPON, INC.

By:    /s/ *Gary M. Miller* (with consent)
      Todd C. Jacobs (Illinois Bar #6201358)
      Gary M. Miller (Illinois Bar #6229867)
      Anna L. Smith (Illinois Bar #6298702)
      GRIPPO & ELDEN LLC
      111 S. Wacker Drive
      Chicago, IL 60606
      Telephone: (312) 704-7700
      Facsimile: (312) 558-1195